**Robert Lewis HARGROVES, Appellant, v. UNITED STATES of America, Appellee.**

No. 9126.

Circuit Court of Appeals, Sixth Circuit.

Oct. 21, 1942.

John W. Hilldrop, of Nashville, Tenn., for appellant.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn., for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript and briefs, oral argument having been waived, upon consideration whereof, the court is of the opinion that the District Court did not err in refusing to suppress

224

the evidence upon the ground that it was obtained by an illegal search warrant.

It is therefore ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.